# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N.; VIRGINIA GALAVIZ EISENBERG...

## DEFENDANTS
Alamo Heights Independent School District; North East Independent School District; Lackland Independent School District...

**(b)** County of Residence of First Listed Plaintiff: **Bexar County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Bexar County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, (212) 455-2000, Jonathan K. Youngwood (see attachment)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
(No box checked in main categories visible; under OTHER STATUTES: [X] 950 Constitutionality of State Statutes)

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **42 U.S.C. § 1983**
Brief description of cause: Students and parents sue school districts to enjoin posting of Ten Commandments under S.B. 10, in violation of First Amendment

## VII. REQUESTED IN COMPLAINT:
DEMAND $: Decl.+Injunctive Relief
JURY DEMAND: [X] No

## VIII. RELATED CASE(S) IF ANY

DATE: Jul 2, 2025
SIGNATURE OF ATTORNEY OF RECORD: /S/ Jonathan K. Youngwood

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

JS 44 Civil Cover Sheet Parties Attachment

(a) Plaintiffs

RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N.; VIRGINIA GALAVIZ EISENBERG and RON EISENBERG, on behalf of themselves and on behalf of their minor child, R.E.; CANTOR SETH ETTINGER and SARAH ETTINGER, on behalf of themselves and on behalf of their minor child, R.E.; ELIZABETH LEMASTER, on behalf of herself and on behalf of her minor children, K.L. and L.L.; CARAH HELWIG, on behalf of herself and on behalf of her minor children, J.P. and T.P.; ALYSSA MARTIN and CODY BARKER, on behalf of themselves and on behalf of their minor child, H.B.M.; LAUREN ERWIN, on behalf of herself and on behalf of her minor child, M.E.; PASTOR JAMES GRIFFIN MARTIN and ABIGAIL MARTIN, on behalf of themselves and on behalf of their minor children, J.M. and B.M.; REBEKAH LOWE and THEODORE LOWE, on behalf of themselves and on behalf of their minor children, E.R.L. and E.M.L.; MARISSA NORDEN and WILEY NORDEN, on behalf of themselves and on behalf of their minor children, E.N. and A.N.; RABBI JOSHUA FIXLER, on behalf of himself and on behalf of his minor children, D.F., E.F., and F.F.; REVEREND CYNTHIA MOOD, on behalf of herself and on behalf of her minor children, L.M. and C.M.; CHERYL REBECCA SMITH, on behalf of herself and on behalf of her minor child, L.P.J.; ARVIND CHANDRAKANTAN, on behalf of himself and on behalf of his minor children, V.C., M.C., and A.C.; ALLISON FITZPATRICK, on behalf of herself and on behalf of her minor children, C.F. and H.F.; and MARA RICHARDS BIM, on behalf of herself and on behalf of her minor child, H.B.

(b) Defendants

Alamo Heights Independent School District; North East Independent School District; Lackland Independent School District; Northside Independent School District; Austin Independent School District; Lake Travis Independent School District; Dripping Springs Independent School District; Houston Independent School District; Fort Bend Independent School District; Cypress Fairbanks Independent School District; Plano Independent School District.

JS 44 Civil Cover Sheet Attorneys Attachment

Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, (212) 4552000, Janet A. Gochman

Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, (212) 4552000, Noah Gimbel

Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, (212) 4552000, Jordan T. Krieger

Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, (212) 4552000, Avia Gridi

Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, (212) 4552000, Kristen Crow

American Civil Liberties Union of Texas Foundation, Inc., P.O. Box 8306, Houston, TX 77288, (713) 942-8146, Adriana Piñon

American Civil Liberties Union of Texas Foundation, Inc., P.O. Box 8306, Houston, TX 77288, (713) 942-8146, Thomas Buser-Clancy

American Civil Liberties Union of Texas Foundation, Inc., P.O. Box 8306, Houston, TX 77288, (713) 942-8146, Sarah Corning

American Civil Liberties Union of Texas Foundation, Inc., P.O. Box 8306, Houston, TX 77288, (713) 942-8146, Chloe Kempf

American Civil Liberties Union Foundation, Inc., 915 15th Street, NW, Suite 600, Washington, DC 20005, (202) 675-2330, Daniel Mach

American Civil Liberties Union Foundation, Inc., 915 15th Street, NW, Suite 600, Washington, DC 20005, (202) 675-2330, Heather L. Weaver

American United for Separation of Church & State, 1310 L Street NW, Suite 200, Washington, DC 20005, (202) 466-7306, Alex J. Luchenitser

American United for Separation of Church & State, 1310 L Street NW, Suite 200, Washington, DC 20005, (202) 466-7306, Amy Tai

American United for Separation of Church & State, 1310 L Street NW, Suite 200, Washington, DC 20005, (202) 466-7306, Jess Zalph

American United for Separation of Church & State, 1310 L Street NW, Suite 200, Washington, DC 20005, (202) 466-7306, Alexandra Zaretsky

Freedom from Religion Foundation, P.O. Box 750, Madison, WI 53701, (608) 256-8900, Patrick C. Elliott

Freedom from Religion Foundation, P.O. Box 750, Madison, WI 53701, (608) 256-8900, Samuel T. Grover

Freedom from Religion Foundation, P.O. Box 750, Madison, WI 53701, (608) 256-8900, Nancy A. Noet