# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>5:25-cv-00756 |

## PLAINTIFFS' APPENDIX IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| APP. PAGES | DESCRIPTION |
|---|---|
| **5-9** | **Ex. 1 – Tex. Senate Bill No. 10** |
| **10-13** | **Declaration of Rabbi Mara Nathan** |
| **14-17** | **Declaration of Virginia Galaviz Eisenberg** |
| **18-21** | **Declaration of Ron Eisenberg** |
| **22-27** | **Declaration of Cantor Seth Ettinger** |
| **28-32** | **Declaration of Sarah Ettinger** |
| **33-36** | **Declaration of Elizabeth Lemaster** |
| **37-39** | **Declaration of Carah Helwig** |
| **40-43** | **Declaration of Alyssa Martin** |
| **44-47** | **Declaration of Cody Barker** |
| **48-50** | **Declaration of Lauren Erwin** |

1

| | |
|:---:|:---|
| **51-55** | **Declaration of Pastor James Griffin Martin** |
| **56-59** | **Declaration of Abigail Martin** |
| **60-66** | **Declaration of Rebekah Lowe** |
| **67-71** | **Declaration of Theodore Lowe** |
| **72-75** | **Declaration of Marissa Norden** |
| **76-79** | **Declaration of Wiley Norden** |
| **80-83** | **Declaration of Rabbi Joshua Fixler** |
| **84-87** | **Declaration of Reverend Cynthia Mood** |
| **88-91** | **Declaration of Cheryl Rebecca Smith** |
| **92-95** | **Declaration of Arvind Chandrakantan** |
| **96-98** | **Declaration of Allison Fitzpatrick** |
| **99-104** | **Declaration of Mara Richards Bim** |
| **105-106** | **Declaration of Steven K. Green, J.D., Ph.D.** |
| **107-159** | **Ex. 1 – Expert Report of Steven K. Green, J.D., Ph.D.** |

Dated: July 2, 2025                                    Respectfully submitted,

By: */s/ Jonathan K. Youngwood*
SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood
Janet A. Gochman*
Noah Gimbel*
Jordan T. Krieger*
Avia Gridi*
Kristen Crow*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
*jyoungwood@stblaw.com*
*jgochman@stblaw.com*
*Noah.Gimbel@stblaw.com*
*jordan.krieger@stblaw.com*
*avia.gridi@stblaw.com*
*kristen.crow@stblaw.com*

AMERICAN CIVIL LIBERTIES UNION
OF TEXAS FOUNDATION, INC.
Adriana Piñon
Thomas Buser-Clancy
Sarah Corning**
Chloe Kempf
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
*apinon@aclutx.org*
*tbuser-clancy@aclutx.org*
*scorning@aclutx.org*
*ckempf@aclutx.org*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
Daniel Mach*
Heather L. Weaver*
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330
*dmach@aclu.org*
*hweaver@aclu.org*

AMERICANS UNITED FOR
SEPARATION OF CHURCH & STATE
Alex J. Luchenitser*
Amy Tai*
Jess Zalph*
Alexandra Zaretsky*
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
*luchenitser@au.org*
*tai@au.org*
*zalph@au.org*
*zaretsky@au.org*

FREEDOM FROM RELIGION
FOUNDATION
Patrick C. Elliott
Samuel T. Grover
Nancy A. Noet*
P.O. Box 750
Madison, WI 53701
(608) 256-8900
*patrick@ffrf.org*
*sgrover@ffrf.org*
*noetn@ffrf.org*

*Counsel for Plaintiffs*

\* Motion for *Pro Hac Vice* Admission
Forthcoming
\*\* Admission Application Forthcoming