# Exhibit 1

S.B. No. 10

1  AN ACT
2  relating to the display of the Ten Commandments in public school
3  classrooms.
4  	BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
5  	SECTION 1.  Chapter 1, Education Code, is amended by adding
6  Section 1.0041 to read as follows:
7  	Sec. 1.0041.  DISPLAY OF TEN COMMANDMENTS.  (a) Subject to
8  Subsection (e), a public elementary or secondary school shall
9  display in a conspicuous place in each classroom of the school a
10 durable poster or framed copy of the Ten Commandments that meets the
11 requirements of Subsection (b).
12 	(b)  A poster or framed copy of the Ten Commandments
13 described by Subsection (a) must:
14 		(1)  include only the text of the Ten Commandments as
15 provided by Subsection (c) in a size and typeface that is legible to
16 a person with average vision from anywhere in the classroom in which
17 the poster or framed copy is displayed; and
18 		(2)  be at least 16 inches wide and 20 inches tall.
19 	(c)  The text of the poster or framed copy of the Ten
20 Commandments described by Subsection (a) must read as follows:
21 			"The Ten Commandments
22 			I AM the LORD thy God.
23 		Thou shalt have no other gods before me.
24 		Thou shalt not make to thyself any graven images.

S.B. No. 10

1 Thou shalt not take the Name of the Lord thy God in vain.
2 Remember the Sabbath day, to keep it holy.
3 Honor thy father and thy mother, that thy days may be long upon the
4 land which the Lord thy God giveth thee.
5 Thou shalt not kill.
6 Thou shalt not commit adultery.
7 Thou shalt not steal.
8 Thou shalt not bear false witness against thy neighbor.
9 Thou shalt not covet thy neighbor's house.
10 Thou shalt not covet thy neighbor's wife, nor his manservant, nor
11 his maidservant, nor his cattle, nor anything that is thy
12 neighbor's."
13 (d)  A public elementary or secondary school in which each
14 classroom does not include a poster or framed copy of the Ten
15 Commandments as required by Subsection (a) must:
16 (1)  accept any offer of a privately donated poster or
17 framed copy of the Ten Commandments provided that the poster or
18 copy:
19 (A)  meets the requirements of Subsection (b); and
20 (B)  does not contain any additional content; and
21 (2)  display the poster or framed copy as specified in
22 Subsection (a).
23 (e)  A public elementary or secondary school in which each
24 classroom does not include a poster or framed copy of the Ten
25 Commandments as required by Subsection (a) may, but is not required
26 to, purchase posters or copies that meet the requirements of
27 Subsection (b) using district funds.

S.B. No. 10

1  (f)  Notwithstanding any other law, a public elementary or
2  secondary school is not exempt from this section.
3  (g)  The attorney general shall defend a public elementary or
4  secondary school in a cause of action relating to any claims arising
5  out of a school's compliance with this section.  In a cause of
6  action defended by the attorney general under this subsection, the
7  state is liable for the expenses, costs, judgments, or settlements
8  of the claims arising out of the representation.  The attorney
9  general may settle or compromise any and all claims under this
10 subsection.
11      SECTION 2.  This Act applies beginning with the 2025-2026
12 school year.
13      SECTION 3.  This Act takes effect immediately if it receives
14 a vote of two-thirds of all the members elected to each house, as
15 provided by Section 39, Article III, Texas Constitution.  If this
16 Act does not receive the vote necessary for immediate effect, this
17 Act takes effect September 1, 2025.

S.B. No. 10

_____        _____
     President of the Senate                Speaker of the House

I hereby certify that S.B. No. 10 passed the Senate on March 19, 2025, by the following vote: Yeas 20, Nays 11; and that the Senate concurred in House amendment on May 28, 2025, by the following vote: Yeas 21, Nays 10.

                                       _____
                                            Secretary of the Senate

I hereby certify that S.B. No. 10 passed the House, with amendment, on May 25, 2025, by the following vote:  Yeas 82, Nays 46, one present not voting.

                                       _____
                                            Chief Clerk of the House

Approved:

_____
          Date

_____
        Governor

4