**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N., et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT, et al.,<br><br>　　Defendants. | CIVIL ACTION NO.<br>5:25-cv-00756 |

**CORRECTED NOTICE OF CONSTITUTIONAL CHALLENGE TO STATE STATUTE**

　　Pursuant to Federal Rule of Civil Procedure 5.1, Plaintiffs file this notice that, on July 2, 2025, they filed a Complaint and Motion for a Preliminary Injunction (along with supporting declarations and exhibits). The Complaint challenges the constitutionality of Texas Senate Bill No. 10 ("S.B. 10"). Specifically, Plaintiffs allege that, by requiring elementary and secondary public schools to display the Ten Commandments in every classroom, in accordance with the minimum requirements of S.B. 10, the statute violates the Establishment Clause and the Free Exercise Clause of the First Amendment to the United States Constitution.

　　Plaintiffs will promptly serve this Notice along with the Complaint, Motion for Preliminary Injunction, and all supporting declarations and exhibits on the Texas Attorney General via certified mail.

Dated: July 7, 2025                                     Respectfully submitted,

By: */s/ Jonathan K. Youngwood*
SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood
Janet A. Gochman*
Noah Gimbel*
Jordan T. Krieger*
Avia Gridi*
Kristen Crow*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
*jyoungwood@stblaw.com*
*jgochman@stblaw.com*
*Noah.Gimbel@stblaw.com*
*jordan.krieger@stblaw.com*
*avia.gridi@stblaw.com*
*kristen.crow@stblaw.com*

AMERICAN CIVIL LIBERTIES UNION
OF TEXAS FOUNDATION, INC.
Adriana Piñon
Thomas Buser-Clancy
Sarah Corning**
Chloe Kempf
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
*apinon@aclutx.org*
*tbuser-clancy@aclutx.org*
*scorning@aclutx.org*
*ckempf@aclutx.org*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
Daniel Mach*
Heather L. Weaver*
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330
*dmach@aclu.org*
*hweaver@aclu.org*

AMERICANS UNITED FOR
SEPARATION OF CHURCH & STATE
Alex J. Luchenitser*
Amy Tai*
Jess Zalph*
Alexandra Zaretsky*
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
*luchenitser@au.org*
*tai@au.org*
*zalph@au.org*
*zaretsky@au.org*

FREEDOM FROM RELIGION
FOUNDATION
Patrick C. Elliott
Samuel T. Grover
Nancy A. Noet*
P.O. Box 750
Madison, WI 53701
(608) 256-8900
*patrick@ffrf.org*
*sgrover@ffrf.org*
*noetn@ffrf.org*

*Counsel for Plaintiffs*

\* Motion for *Pro Hac Vice* Admission
Forthcoming
\*\* Admission Application Forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice will be personally served on each Defendant pursuant to the Federal Rules of Civil Procedure, along with the Summonses and Complaint in this action, immediately following the issuance of the Summons documents by the Western District of Texas Clerk's Office.

I further certify that, following issuance of the Summons documents by the Western District of Texas Clerk's Office, the foregoing Notice, along with the Summonses and Complaint in this action, will be served upon the Texas Attorney General at the following address via certified mail:

Ken Paxton
Texas Attorney General
P.O. Box 12428
Austin, Texas 78711

Dated: July 7, 2025

By: */s/ Jonathan K. Youngwood*
SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
*jyoungwood@stblaw.com*

*Counsel for Plaintiffs*