AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N., et al.,<br>*Plaintiff(s)*<br>v.<br>ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT, et al.,<br>*Defendant(s)* | Civil Action No. 5:25-cv-00756-FB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Plano Independent School District
c/o Board of Trustees
Plano ISD Administration Center
2700 W 15th St.
Plano, TX 75075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adriana Piñon
ACLU Foundation of Texas
P.O. Box 8306 Houston, TX 77288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 07/07/2025

*Signature of Clerk or Deputy Clerk*



SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK, NY 10017

# AFFIDAVIT OF SERVICE

Client's File No.: _____
Case No.: 5:25-cv-00756
Date Filed: July 2, 2025

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**



RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N., et al.,

Plaintiff

vs

ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT, et al.,

Defendant

STATE OF TEXAS COUNTY OF COLLIN SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Texas

That on the following date: July 8, 2025, at the following time: 10:30 AM, at 2700 W. 15TH STREET, PLANO, TX 75075 deponent served the within

Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief with Civil Cover Sheet, JS 44 Civil Cover Sheet Parties Attachment, Plaintiff's Motion for Preliminary Injunction, Plaintiffs' Appendix in Support of Plaintiffs' Motion for Preliminary Injunction with Exhibit 1, Corrected Notice of Constitutional Challenge to State Statute  dated July 7, 2025

[X] Papers so served were properly endorsed with the Case No. and date of filing.

Upon: **PLANO INDEPENDENT SCHOOL DISTRICT c/o BOARD OF TRUSTEES PLANO ISD ADMINISTRATION CENTER**

[ ] **Mail**  A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on _____.

[X] **Corporation LLC / LLP**  By delivering to and leaving with Liz Tycom said individual to be Legal Specialist who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door**  By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts**  Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**  Gender: Female  Race: White  Color of hair: Gray  Age: Over 65 Yrs.  Height: 5ft 4inch - 5ft 8inch  Weight: 131-160 Lbs.  Other Features: _____

[ ] **WITNESS FEES**  Subpoena Fee Tendered in the amount of $_____

[ ] **MILITARY SERVICE**  I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

*Notary Seal:* SHIRLEY NELL MCCLELLAN, Notary ID #6985122, My Commission Expires September 21, 2025

Sworn to before me on July 8, 2025

*/s/ Shirley Nell McClellan*

*/s/ Gean O. Smith*
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Gean O. Smith, PSC4683
PROCESS SERVER LICENSE # PSC4683

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA

Work Order # 1500634