IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RABBI MARA NATHAN, on Behalf of Herself and on Behalf of her Minor Child, M.N., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAMO HEIGHTS INDEPENDENT, SCHOOL DISTRICT, *et al.*, <br><br> *Defendant*s. | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. SA-25-cv-00756-FB |

## ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION

Before the Court is the Agreed Joint Motion to Modify Briefing Schedule, filed by Plaintiffs and Defendants Alamo Heights Independent School District, North East Independent School District, Cypress Fairbanks Independent School District, Dripping Springs Independent School District and Northside Independent School District, each of which is represented by the Texas Office of the Attorney General (the "Attorney General Defendants"), filed on July 16, 2025. (Docket no. 35). Plaintiffs and the Attorney General defendants request the Court to set a schedule for further briefing and a hearing on Plaintiff's Motion for Preliminary Injunction during the week of August 11, 2025. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Attorney General Defendants may combine a Rule 12(b) motion to dismiss with their opposition to Plaintiffs' Motion for Preliminary Injunction, if they so choose.

IT IS FURTHER ORDERED that:

1. The following schedule shall govern the briefing of any motion to dismiss and of Plaintiffs' Motion for Preliminary Injunction as between the Attorney General Defendants and any Defendants later represented by the Attorney General:

    a. Defendants shall file a combined Motion to Dismiss and opposition to Plaintiffs' Motion for Preliminary Injunction by July 29, 2025, with a page limit of 40 pages, excluding exhibits;

    b. Plaintiffs shall file a combined opposition to Defendants' Motion to Dismiss and Reply in support of their Motion for Preliminary Injunction by August 8, 2025, with a page limit of 40 pages, excluding exhibits; and

2. Any Defendant not presently represented by the Attorney General that is subsequently represented by the Attorney General shall adhere to the above schedule.

3. Any other Defendant shall have the option of joining in the brief of the Attorney General or, no later than July 29, 2025, shall file its separate opposition to the Motion for Preliminary Injunction, and shall respond to the Complaint no later than 21 days from the date of service as reflected on the docket, or at some later date agreed to by Plaintiffs and that Defendant and approved by this Court. The Court's standing rules regarding page limits shall apply to such separately filed motions.

IT IS FINALLY ORDERED that case is set for a hearing at **10 a.m.** on **Friday, August 15, 2025,** in Courtroom G of the United States Courthouse, 262 W. Nueva St., San Antonio, Texas, 78207. At least one lawyer from each side shall appear in person.

For persons wishing to appear by Zoom, the link to the hearing is below. After reading the instructions below, use the link to join the hearing on the scheduled date and time. This hearing does require a password.

Join ZoomGov Meeting
https://txwd-uscourts.zoomgov.com/j/16170102080?pwd=Tlk3VjZrMG55WVNCSjVPRmJ3MWxoUT09
Meeting ID: 161 7010 2080
Passcode: 07041776
One tap mobile
+16692545252,,16170102080# US (San Jose) 16468287666,,16170102080# US
+(New York)

As an important note, some Zoom attendees are finding it much easier to copy and paste the ink into Google Chrome. Also it is highly recommended parties use headphones with a built in microphone to help alleviate any sound/hearing difficulties.

It is so ORDERED.

SIGNED this 17th day of July, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

I