IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RABBI MARA NATHAN, on Behalf of Herself and on Behalf of her Minor Child, M.N., *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. SA-25-cv-00756-FB |
| ALAMO HEIGHTS INDEPENDENT, SCHOOL DISTRICT, *et al.*, | § § § § | |
| *Defendants*. | § § | |

## ORDER REGARDING PENDING MATTERS

Before the Court are the Court's Acknowledgment of Motion to Consolidate, Observations and Request for Comment (docket no. 32), along with responses filed by both parties (docket nos. 39 & 40).

The Motion to Consolidate (docket no. 30) is DENIED.

This case will proceed under the current briefing schedule and the preliminary injunction hearing will be held as scheduled on August 15, 2025.

It is so ORDERED.

SIGNED this 22nd day of July, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE