# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N.; et al., § § § *Plaintiffs*, § v. § ALAMO HEIGHTS INDEPENDENT § SCHOOL DISTRICT; et al., § § *Defendants*. § | CIVIL ACTION NO. 5:25-cv-756-FB |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

BE IT REMEMBERED that on this day, the Court considered Defendants Alamo Heights Independent School District, North East Independent School District, Cypress Fairbanks Independent School District, Lackland Independent School District, Northside Independent School District, Lake Travis Independent School District, Fort Bend Independent School District, Plano Independent School District, and Dripping Springs Independent School District's Motion to Dismiss. After consideration of the Motion, the Court has found it meritorious. Therefore, the Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against the above-named Defendants are hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Dated this ____ day of _____ 2025.

_____
Honorable Judge Fred Biery