IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N., et al. <br>   *Plaintiffs*, <br><br> vs. <br><br> ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT, et al. <br>   *Defendants*. | Civil Action No. 5:25-cv-00756 |

**NOTICE OF STIPULATION REGARDING DEFENDANT AUSTIN INDEPENDENT SCHOOL DISTRICT'S DEADLINE TO ANSWER PLAINTIFFS' COMPLAINT**

Defendant Austin Independent School District ("Austin ISD") hereby notifies the Court that Plaintiffs and Austin ISD have agreed to extend the deadline for Austin ISD to file an answer to Plaintiff's Complaint from August 4, 2025 to August 7, 2025. This stipulation is not intended to impact or interfere with any other pending deadlines set by the Court.

                  Respectfully submitted,

                  **THOMPSON & HORTON LLP**

                  By: /s/ Stephanie A. Hamm
                     Stephanie A. Hamm
                     Texas Bar No. 24069841
                     shamm@thompsonhorton.com
                     THOMPSON & HORTON LLP
                     3200 Southwest Freeway, Suite 2000
                     Houston, Texas 77027
                     Telephone: (713) 554-6714
                     Facsimile: (713) 583-9611

                  **ATTORNEYS FOR AUSTIN INDEPENDENT SCHOOL DISTRICT**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Plaintiffs, Jonathan Youngblood, regarding Austin ISD's request for an extension of its deadline to answer Plaintiffs Complaint. Mr. Youngblood indicated that Plaintiffs are unopposed to extending Austin ISD's answer deadline from August 4, 2025 to August 7, 2025, with the understanding that the extension of time is for Austin ISD to file an answer only, rather than a motion to dismiss.

By: /s/ Stephanie A. Hamm
Stephanie A. Hamm

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, a true and correct copy of the foregoing document was served electronically on all counsel of record, via the Court's CM/ECF filing system, or as otherwise authorized by the Federal Rules of Civil Procedure:

/s/ Stephanie A. Hamm
Stephanie A. Hamm