IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RABBI MARA NATHAN, on Behalf of Herself and on Behalf of her Minor Child, M.N., *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. SA-25-cv-00756-FB |
| ALAMO HEIGHTS INDEPENDENT, SCHOOL DISTRICT, *et al.*, | § § § § | |
| *Defendants*. | § | |

### ORDER DENYING LEAVE TO FILE AMICUS BRIEF

Before the Court is the Motion of Carl N. Merkle, Pro Se, for Leave to File Amicus Brief in the above styled and numbered cause, filed on July 15, 2025. (Docket no. 34). Due to prior litigation history and warnings, prefiling injunctions previously imposed on Mr. Merkle have been expanded. *See e.g., In re: Carl N. Merkle*, No. 21-CV-01278–JKP, unpub. ord. (W.D. Tex. Apr. 11, 2022), *expanded at* unpub. ord. (W.D. Tex. May 24, 2022); *Merkle v. Thomas*, No. 20-CV-1060-OLG, unpub. ord. at 11-12 (W.D. Tex. Mar. 23, 2021); *Merkle v. Gragg*, No. SA-19-CV-640-XR, 2020 WL 2611858, at *8 (W.D. Tex. May 22, 2020); *appeal dismissed*, No. 20-50471, 2020 WL 7233072 (5th Cir. Oct. 14, 2020). In his motion for leave, Mr. Merkle states that "the prefiling injunction and all others are being ignored." (Docket no. 34 at page 1). The Court will deny the motion for leave.

IT IS THEREFORE ORDERED that the Motion of Carl N. Merkle, Pro Se, for Leave to File Amicus Brief (docket no. 34) is DENIED.

It is so ORDERED.

SIGNED this 5th day of August, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE