IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RABBI MARA NATHAN, on Behalf of Herself and on Behalf of her Minor Child, M.N., *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. SA-25-cv-00756-FB |
| ALAMO HEIGHTS INDEPENDENT, SCHOOL DISTRICT, *et al.*, | § § § § | |
| *Defendants*. | § | |

**ORDER REGARDING MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Before the Court are Defendant Houston Independent School District's Motion to Extend Responsive Pleading Deadline (docket no. 44), Plaintiffs' response in partial opposition thereto (docket no. 45) and Defendant's reply (docket no. 48). In light of the September 1, 2025, effective date of the statute at issue, the upcoming preliminary injunction hearing, the pending motion to dismiss raising jurisdictional issues, and the accelerated briefing schedule previously entered in this case, the Court is of the opinion that the deadline for Defendant Houston Independent School District to file an answer should be extended, as requested, until August 28, 2025, but that any motion to dismiss should be filed on or before August 8, 2025. *See Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.").

IT IS THEREFORE ORDERED that Defendant Houston Independent School District's Motion to Extend Responsive Pleading Deadline (docket no. 44) is GRANTED in PART and DENIED in PART. Specifically, Defendant Houston Independent School District shall have, as requested, until

**August 28, 2025**, to file an answer to Plaintiffs' complaint, but any motion to dismiss must be filed on or before **August 8, 2025**.

    It is so ORDERED.

    SIGNED this 5th day of August, 2025.

                                                              FRED BIERY
                                                              UNITED STATES DISTRICT JUDGE