FILED
August 13, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JH_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N., et al, Plaintiffs, § § § § | |
| vs. § § | Civil Action No. 5:25-cv-00756 |
| ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT, et al, Defendants. § § § | |

## ORDER RECONSIDERING TIME LIMITS FOR ORAL ARGUMENT

The Court has reviewed the stipulation of the parties and the indication of Plaintiffs that they will rely on the written declarations rather than lengthy direct and cross-examination. The Court very much appreciates the cooperation of counsel in streamlining the hearing, and it appears that the hearing should be concluded by Friday afternoon as opposed to carrying over to Monday.

Accordingly, the Court's prior limitations on opening and closing statements are no longer necessary, though the Court knows counsel will use their argument time reasonably and efficiently.

It is so ORDERED.

SIGNED this 13th day of August, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE