IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N., et al.,<br><br> Plaintiffs,<br><br> v.<br><br>ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT, et al.,<br><br> Defendants. | CIVIL ACTION NO. 5:25-cv-00756 |

**[PROPOSED] ORDER OF DISMISSAL OF
DEFENDANT AUSTIN INDEPENDENT SCHOOL DISTRICT**

 The Court has been advised that, given the high likelihood that Ten Commandments posters will be donated to Defendant Austin Independent School District (the "Austin District") as set forth in Texas Senate Bill No. 10, TEX. EDUC. CODE § 1.0041 ("S.B. 10"), and in light of Supreme Court and Fifth Circuit precedent concerning the Establishment and Free Exercise Clauses, the Austin District does not wish to independently defend this lawsuit. Instead, the Austin District has agreed to adhere to any injunction that may be entered by this Court, prohibiting S.B. 10 from being applied and enforced, and will further agree not to allow its schools to comply with S.B. 10 pending this Court's issuance of a decision on the pending Motion for a Preliminary Injunction. In accordance with any injunction, the Austin District will not permit any of the schools in the Austin District to post the Ten Commandments as specified in S.B. 10 while this litigation is pending in any form (be it before this Court, the Fifth Circuit or the Supreme Court) while any injunction is in place and until it is finally adjudicated, and, once the litigation is concluded, will abide by the final result in this case regarding the constitutionality of S.B. 10, as if it remained a party. The Austin District therefore

having unambiguously disclaimed any intention to comply with S.B. 10 during the pendency of this case as stated herein, it is hereby:

ORDERED that Plaintiffs' claims against the Austin District are dismissed without prejudice.

It is further:

ORDERED that pending this Court's issuance of a decision on the pending Motion for a Preliminary Injunction, the Austin District shall not allow its schools to comply with S.B. 10.

It is further:

ORDERED that Austin District shall be subject to and bound by any order or injunction issued by this Court or any appellate or other court enjoining the implementation of S.B. 10, as if Defendant Austin District was still a defendant in this matter.

It is further:

ORDERED that Defendant Austin District has disclaimed any intent to comply with S.B. 10 during the pendency of this litigation in accordance with any injunction prohibiting any defendant from doing so, and therefore will not permit any of the schools in the Austin District to post the Ten Commandments as specified in S.B. 10 while this litigation is pending in any form (be it before this Court, the Fifth Circuit or the Supreme Court) and until it is finally adjudicated.

It is further:

ORDERED that Defendant Austin District will take all necessary actions to ensure that each school within the district abides by this Order and any final result in this case concerning the constitutionality of S.B. 10.

The Court retains jurisdiction to enforce this Order.

Dated: August 19, 2025                                                            Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan K. Youngwood (by permission SAH)* | */s/ Stephanie A. Hamm* |
| SIMPSON THACHER & BARTLETT LLP | THOMPSON & HORTON LLP |
| Jonathan K. Youngwood | Stephanie A. Hamm |
| Janet A. Gochman (appearing *pro hac vice*) | 3200 Southwest Freeway, Suite 2000 |
| Noah Gimbel (appearing *pro hac vice*) | Houston, TX 77027 |
| Jordan T. Krieger (appearing *pro hac vice*) | (713) 554-6714 |
| Avia Gridi (appearing *pro hac vice*) | |
| Kristen Crow (appearing *pro hac vice*) | *Counsel for Defendant Austin Independent School District* |
| 425 Lexington Avenue | |
| New York, NY 10017 | |
| (212) 455-2000 | |
| jyoungwood@stblaw.com | |
| jgochman@stblaw.com | |
| noah.gimbel@stblaw.com | |
| jordan.krieger@stblaw.com | |
| avia.gridi@stblaw.com | |
| kristen.crow@stblaw.com | |

AMERICAN CIVIL LIBERTIES UNION OF
TEXAS FOUNDATION, INC.
Adriana Piñon
Thomas Buser-Clancy
Sarah Corning
Chloe Kempf
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
apinon@aclutx.org
tbuser-clancy@aclutx.org
scorning@aclutx.org
ckempf@aclutx.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
Daniel Mach (appearing *pro hac vice*)
Heather L. Weaver (appearing *pro hac vice*)
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330
dmach@aclu.org
hweaver@aclu.org

AMERICANS UNITED FOR SEPARATION
OF CHURCH & STATE
Alex J. Luchenitser (appearing *pro hac vice*)

Amy Tai** (appearing *pro hac vice*)
Jess Zalph (appearing *pro hac vice*)
Alexandra Zaretsky** (appearing *pro hac vice*)
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
luchenitser@au.org
tai@au.org
zalph@au.org
zaretsky@au.org

FREEDOM FROM RELIGION
FOUNDATION
Patrick C. Elliott
Samuel T. Grover
Nancy A. Noet
P.O. Box 750
Madison, WI 53701
(608) 256-8900
patrick@ffrf.org
sgrover@ffrf.org
noetn@ffrf.org

*Counsel for Plaintiffs*

** Admitted to practice in New York; not a member of the D.C. Bar.

**SO ORDERED.**

DATED:

San Antonio, Texas

Judge Fred Biery
United States District Judge