## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT, et al.,<br><br>          Defendants. | CIVIL ACTION NO.<br>5:25-cv-00756-FB |

## <u>PLAINTIFFS' NOTICE OF NEW EVIDENCE</u>

Plaintiffs hereby notify the Court of new evidence relating to Defendant Houston Independent School District ("Houston ISD"), which came to Plaintiffs' attention today.

Yesterday afternoon, Houston Public Media published an article related to the rollout of Ten Commandments posters to Texas school districts as a result of fundraising efforts by local, state, and national organizations. *See* Ex. 1 (Houston Public Media Article).[1] Toward the end of the article, Houston ISD Superintendent Mike Miles is quoted as follows: "We will follow the law on September 1. We will be ready. In fact what does that mean? We will have the Ten Commandments posted in every classroom."

---

[1]     Bianca Seward, *Ten Commandments posters arrive in Texas public schools, thanks to Glenn Beck, Christian conservative groups*, Houston Public Media (Aug. 19, 2025, at 14:03 CT), https://www.houstonpublicmedia.org/articles/education/2025/08/19/528990/ten-commandments-posters-texas-public-schools-glenn-beck-christian-conservative-groups/.

Date: August 20, 2025

Respectfully submitted,

By: /s/ Jonathan K. Youngwood
SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood
Janet A. Gochman (appearing *pro hac vice*)
Noah Gimbel (appearing *pro hac vice*)
Jordan T. Krieger (appearing *pro hac vice*)
Avia Gridi (appearing *pro hac vice*)
Kristen Crow (appearing *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
*jyoungwood@stblaw.com*
*jgochman@stblaw.com*
*noah.gimbel@stblaw.com*
*jordan.krieger@stblaw.com*
*avia.gridi@stblaw.com*
*kristen.crow@stblaw.com*

AMERICAN CIVIL LIBERTIES UNION
OF TEXAS FOUNDATION, INC.
Adriana Piñon
Chloe Kempf
Sarah Corning
Thomas Buser-Clancy
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
*apinon@aclutx.org*
*ckempf@aclutx.org*
*scorning@aclutx.org*
*tbuser-clancy@aclutx.org*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
Daniel Mach (appearing *pro hac vice*)
Heather L. Weaver (appearing *pro hac vice*)
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330
*dmach@aclu.org*
*hweaver@aclu.org*

AMERICANS UNITED FOR
SEPARATION OF CHURCH & STATE

Alex J. Luchenitser (appearing *pro hac vice*)
Amy Tai (appearing *pro hac vice*)\*\*
Jess Zalph (appearing *pro hac vice*)
Alexandra Zaretsky (appearing *pro hac vice*)\*\*
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
*luchenitser@au.org*
*tai@au.org*
*zalph@au.org*
*zaretsky@au.org*

FREEDOM FROM RELIGION
FOUNDATION
Patrick C. Elliott
Samuel T. Grover
Nancy A. Noet (appearing *pro hac vice*)
P.O. Box 750
Madison, WI 53701
(608) 256-8900
*patrick@ffrf.org*
*sgrover@ffrf.org*
*noetn@ffrf.org*

*Counsel for Plaintiffs*

\*\* Admitted to practice in New York; not a
member of the D.C. Bar.

## CERTIFICATE OF SERVICE

I certify that on August 20, 2025, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

By: /s/ Jonathan K. Youngwood
Jonathan K. Youngwood