**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| RABBI MARA NATHAN, on behalf of herself and on behalf of her minor child, M.N.; et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CIVIL ACTION NO. 5:25-cv-756-FB |
| | § | |
| ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT; et al., | § § § | |
| *Defendants*. | § § | |

---

### DEFENDANTS' NOTICE OF APPEAL

---

Defendants, Alamo Heights Independent School District, North East Independent School District, Cypress Fairbanks Independent School District, Lackland Independent School District, Northside Independent School District, Lake Travis Independent School District, Fort Bend Independent School District, Plano Independent School District, and Dripping Springs Independent School District, pursuant to Federal Rules of Appellate Procedure 3 and 4, respectfully appeal to the United States Court of Appeals for the Fifth Circuit from the Order Concerning Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss entered June 20, 2025, ECF 78.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General
Texas Bar No. 00796531
biff.farrell@oag.texas.gov
(512) 979-5561 | FAX: (512) 320-0667

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 463-2120
Fax: (512) 320-0667

**COUNSEL FOR DEFENDANTS,
ALAMO HEIGHTS INDEPENDENT SCHOOL
DISTRICT, NORTH EAST INDEPENDENT SCHOOL
DISTRICT, CYPRESS FAIRBANKS INDEPENDENT
SCHOOL DISTRICT, LACKLAND INDEPENDENT
SCHOOL DISTRICT, LAKE TRAVIS INDEPENDENT
SCHOOL DISTRICT, FORT BEND INDEPENDENT
SCHOOL DISTRICT, DRIPPING SPRINGS
INDEPENDENT SCHOOL DISTRICT, PLANO
INDEPENDENT SCHOOL DISTRICT, AND
NORTHSIDE INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF system on this August 21, 2025, on all counsel of record.

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General