IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RABBI MARA NATHAN, on Behalf of Herself and on Behalf of her Minor Child, M.N., *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. SA-25-cv-00756-FB |
| ALAMO HEIGHTS INDEPENDENT, SCHOOL DISTRICT, *et al.*, | § § § § | |
| *Defendants*. | § § | |

## ORDER REGARDING MOTION FOR LEAVE TO FILE AMICUS BRIEF

Before the Court is the Motion For Leave to File Amici Curiae Brief of Jon R. Meador in Support of Plaintiff's Motion for Preliminary Injunction. (Docket no. 102). This District Court granted Plaintiffs' Motion for Preliminary Injunction on August 20, 2025, and Defendants filed an interlocutory appeal which is pending before the United States Court of Appeals for the Fifth Circuit. *See* (docket nos. 78 & 80).

IT IS THEREFORE ORDERED that the Motion For Leave to File Amici Curiae Brief of Jon R. Meador in Support of Plaintiff's Motion for Preliminary Injunction (docket no. 102) is DISMISSED as MOOT.

It is so ORDERED.

SIGNED this 31st day of October, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE